**Loretta E. NELSON, Respondent,**

v.

**ENGINEERED POLYMERS CORPORATION, and CIGNA Insurance Company, Relators, SciMed Life Systems, Inc., Self–Insured/CompCost, Inc., Respondents.**

No. C7–99–719.

Supreme Court of Minnesota.

July 28, 1999.

T. Michael Kilbury, Larry J. Peterson & Associates, St. Paul, for relators.

Marvin L. Gurewitz, Marvin L. Gurewitz, Ltd., Minneapolis, Denise D. Lemmon, Heacox, Hartman, Mattaini, Koshmrl, Cosgroff & Johnson, P.A., St. Paul, for respondent SciMed Life Systems, Inc.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 6, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Kathleen A. Blatz

Kathleen A. Blatz
Chief Justice